IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT COURT OF WASHINGTON

In re:

**KRISTIN MARIE SUNDAHL**

Debtors.

In Chapter 7 Proceeding
NO. **11-45368-MJH**

**Order Reopening Case &
Avoiding Judgment Liens**

IT IS ORDERED AS FOLLOWS that the above referenced case is reopened and the judgment liens of the following creditors are declared null and void with respect to the property commonly known as **5728 Lagoon Lane NW, Gig Harbor, WA 98335** as follows:

(A) EGP Investments, LLC vs. Kristin Dundahl in the approximate amount of $42052.36 plus interest, if any, in Pierce County District Court for the State of Washington with case number 11-2-10210-1 and the Judgment filed in Pierce County Superior Court State of Washington under 11-9-06674-7 on 06/15/2011.

(B) HSBC Bank Nevada N.A. vs. Kristin Sundahl in the approximate amount of $4343.29 plus interest, if any, in Pierce County Superior Court in the State of Washington under case number 10-2-09057-1 on May 18, 2010.

/// end of order///

Presented by:
/s/ Ellen Ann Brown
**Ellen Ann Brown** WSBA 27992
Attorney for Debtor(s)

BROWN AND SEELYE
1700 Cooper Point Rd SW #C5
Olympia, WA 98502
888-873-1958